McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
Attorneys for Defendant,
Unum Life Insurance Company of America

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Disabled Individual,<br><br>        Plaintiff,<br><br>vs.<br><br>Unum Life Insurance Company of America<br><br>        Defendants. | Civil Action No.: 2:18-cv-04804 (CCC)(JBC) |

## CIVIL ACTION – CONSENT ORDER OF DISMISSAL

THIS MATTER having been amicably adjusted and resolved by and between the parties hereto, the same be and hereby is dismissed, with prejudice and without costs and attorneys' fees assessed against either party.

                                                                                              _____

                                                                                              HON. CLAIRE C. CECCHI, U.S.D.J.

The undersigned parties hereby consent to the form, content and entry of the within order.

| | |
|---|---|
| **USCHER, QUIAT, USCHER & RUSSO**<br>Attorneys for Plaintiff, Disabled Individual<br><br>By: _____<br>Michael E. Quiat, Esq.<br>Dated: 6/13/19 | **MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**<br>Attorneys for Defendant, Unum Life Insurance Company of America<br><br>By: _____<br>Louis P. DiGiaimo, Esq.<br>Dated: 6/18/19 |

3836536

SO ORDERED

_____*s/Claire C. Cecchi*_____
Claire C. Cecchi, U.S.D.J.

Date: 6/21/18